■ In the Matter of CITY BANK FARMERS TRUST CO., as Trustee of a Trust, Made by MASAYO HUGA, Deceased, Respondent, against HERBERT BROWNELL, JR., Attorney General of the United States, as Successor to the Alien Property Custodian, Appellant, and ICHIRO HUGA et al., by Their Guardian ad Litem, IRVING M. ROSEN, Respondents.— Final order unanimously affirmed, with $20 costs and disbursements to the respondents. (See decision in *Matter of City Bank Farmers Trust Co.* v. *Brownell*, 4 A D 2d 1020.) Concur — Peck, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY DE STEFANO, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ YVETTE CONCOFF, an Incompetent, by Her Ancillary Committee, JEANNE DABAH, v. OCCIDENTAL LIFE INSURANCE COMPANY OF CALIFORNIA.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See *ante*, p. 858.]

■ In the Matter of BARBARA PRESS against ALEXANDER A. FALK, as Director of New York State Department of Civil Service, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ. [See *ante*, p. 859.]

■ BRIGHT RADIO LABORATORIES, INC. v. COASTAL COMMERCIAL CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Peck, P. J., Breitel, Botein, Rabin and McNally, JJ. [See *ante*, p. 491.]

■ In the Matter of ADELAIDE TRAVIN et al. against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck P. J., Breitel, Frank, Valente and Bergan, JJ. [See *ante*, p. 936.]

■ In the Matter of the Probate of the Will of GABRIEL PASCAL, Deceased. MARIANNE Z. SPEELMAN, Appellant-Respondent; VALERIE PASCAL et al., Respondents-Appellants; FRANCIS X. STEPHENS, JR., Respondent. In the Matter of the Estate of GABRIEL PASCAL, Deceased. VALERIE PASCAL, Appellant; MARIANNE Z SPEELMAN, Respondent-Appellant; EUGENIO LEHEL, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Valente, McNally and Bergan, JJ. [See *ante*, p. 941.]

■ In the Matter of FREDERICK BEHR, JR., as Executor of FREDERICK BEHR, Deceased, Respondent. EDNA HOTHERSALL, Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.